**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT, EASTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER MILLINER,** | : | **CASE NO. 11-62407** |
| | | **CHAPTER 7** |
| | : | **JUDGE PRESTON** |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

Now come(s) the Debtor(s), by and through counsel, Jefferson H. Massey, who hereby amends the previous petition to amend Debtor's street and mailing address to POB 331, PLEASANTVILLE, OH 43148.

    /s/ Jefferson H. Massey_____
**JEFFERSON H. MASSEY (#0012374)**
**Attorney for Debtor(s)**
**30 South 4th St.**
**Zanesville, Oh 43701**
**(740) 453-5544**
**(740) 453-6956 fax**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this Notice has been served electronically upon Brent Stubbins, Trustee and U.S. Trustee, on **June 30, 2017**.

    /s/ Jefferson H. Massey_____
**JEFFERSON H. MASSEY**
**ATTORNEY AT LAW**